# Court of Appeals
# of the State of Georgia

ATLANTA, __October 07, 2013__

*The Court of Appeals hereby passes the following order:*

### A13A2445. BEACON OF HOPE, INC. v. FULTON COUNTY BOARD OF TAX ASSESSORS.

The appeal in this case was docketed on August 13, 2013, making the appellant's briefs and enumerations of error due on September 3, 2013. See Court of Appeals Rules 22; 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13.

On September 19, 2013, appellee moved to dismiss the appeal based on appellant's failure to file its brief and enumerations of error. As of this date, appellant has not filed either its enumerations of error, its brief, or a response to appellee's motion to dismiss. Accordingly, appellee's motion is GRANTED and the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/07/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*